FILED

10/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0032

No. DA 21-0032

IN THE
SUPREME COURT OF THE STATE OF MONTANA
_____

EGAN SLOUGH COMMUNITY, YES! FOR FLATHEAD FARMS AND WATER,
AND AMY WALLER,

*Plaintiffs/Appellants*

VS.

FLATHEAD COUNTY BOARD OF COUNTY COMMISSIONERS, A BODY POLITIC OF
FLATHEAD COUNTY, FLATHEAD COUNTY PLANNING AND ZONING DEPARTMENT, AND
FLATHEAD CITY-COUNTY HEALTH DEPARTMENT,

*Defendants/Appellees,*

AND

MONTANA ARTESIAN WATER COMPANY,

*Defendant/Appellee and Cross-Appellant*
_____

ON APPEAL FROM THE MONTANA ELEVENTH JUDICIAL DISTRICT COURT,
FLATHEAD COUNTY, HON. ROBERT B. ALLISON, PRESIDING
CASE NO. DV-15-2018-0000952-DK

---

**ORDER GRANTING MONTANA ARTESIAN WATER COMPANY'S UNOPPOSED
MOTION REGARDING THE CROSS-APPEAL REPLY BRIEF**

---

Pursuant to authority granted under Mont. R. App. P. 12(4) and 12(10),

Defendant/Appellee and Cross-Appellant Montana Artesian Water Company's

Unopposed Motion Regarding the Cross-Appeal Reply Brief is GRANTED.

Montana Artesian's Cross-Appeal Reply Brief will be due on or before

November 5, 2021 and will be of no more than 7,500 words.

ELECTRONICALLY DATED AND SIGNED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2021